# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-50901

United States Court of Appeals
Fifth Circuit

**FILED**
November 12, 2018

Lyle W. Cayce
Clerk

BILLY CHEEKS,

> Plaintiff - Appellant

v.

DOCTOR SHERI TALLEY; NURSE KEITH SEIDEL; LIEUTENANT RAYMUNDO PENA; CORRECTIONAL OFFICER ANTHONY PEREZ; SABRA HILL, Director of Nurses,

> Defendants - Appellees

Appeals from the United States District Court
for the Western District of Texas
USDC 4:14-CV-82

Before JONES, CLEMENT, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

After reviewing the briefs, we AFFIRM the summary judgment of the district court essentially for the reasons stated in its opinion issued on July 23, 2015. We DENY the motion for a preliminary injunction and the motion to compel Talley and Seidel to file a response.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.